AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Edward Nathan Gale | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  23mj3009 KAR

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ January 5, 2023 _____ in the county of _____ Hampden _____ in the
_____ District of _____ Massachusetts _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of firearm and ammunition by a person previously convicted of a crime punishable by more than one year in prison |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Zachary Mercer

☐ Continued on the attached sheet.

/s/ Zachary Mercer
_____
*Complainant's signature*

Zachary Mercer, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 01/06/2023 _____

/s/ Katherine A. Robertson
_____
*Judge's signature*

City and state: _____ Springfield, MA _____

Katherine A. Robertson, U.S. Magistrate Judge
_____
*Printed name and title*