JS 45 (5/97) - (Revised U.S.D.C.-MA 3/25/2011)

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  __II__          **Investigating Agency**  __ATF__

**City**  __Springfield__          **Related Case Information:**

**County**  __Hampden__

Superseding Ind./ Inf. _____      Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  __22-mj-3255to3268-KAR__
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Edward Nathan Gale          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name**  _____

**Address**  (City & State)  Springfield, MA

**Birth date (Yr only):** __2000__  **SSN (last4#):** __1611__  **Sex** __M__    **Race:** __White__    **Nationality:** __USA__

**Defense Counsel if known:**  _____    **Address**  _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  Steven H. Breslow          Bar Number if applicable  _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**  ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  __01/05/2023__

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Hampden County JHOC__  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint    ☐ Information          ☐ Indictment

**Total # of Counts:**  ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

STEVEN BRESLOW  Digitally signed by STEVEN BRESLOW  Date: 2023.01.06 13:04:44 -05'00'

Date:  01/06/2023          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

---

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Edward Nathan Gale _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g)(1) | Possession of firearm and ammunition by person previously convicted of a crime punishable > 1 year | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013