UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD NATHAN GALE,<br><br>Defendant | Criminal No. 23-CR-300____-MGM<br><br>Violations:<br><br>Count One: Felon In Possession of Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Count Two: Unlawful Firearms Dealing; Aiding and Abetting<br>(18 U.S.C. §§ 922(a)(1)(A) and 2)<br><br>Count Three  Unlawful Possession of Machineguns; Aiding and Abetting<br>(18 U.S.C. §§ 922(o) and 2)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Felon In Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about January 5, 2023, in Hampden County, in the District of Massachusetts, the defendant,

EDWARD NATHAN GALE,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Pioneer Arms Corp. Model Sporter 7.62 Rifle bearing serial number PAC1126598 with a drum magazine containing ten rounds of Belom 7.62 ammunition.

1

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
Unlawful Firearms Dealing; Aiding and Abetting
(18 U.S.C. §§ 922(a)(1)(A) and 2)

The Grand Jury further charges:

Between on or about February 22, 2022 and on or about January 5, 2023, in Hampden County, in the District of Massachusetts and elsewhere, the defendant,

EDWARD NATHAN GALE,

did knowingly engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, or receive any firearm in interstate and foreign commerce, without being licensed to do so.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

## COUNT THREE
Unlawful Possession of Machineguns; Aiding and Abetting
(18 U.S.C. §§ 922(o) and 2)

The Grand Jury further charges:

Between on or about October 12, 2022 and on or about January 5, 2023, in Hampden County, in the District of Massachusetts, the defendant,

### EDWARD NATHAN GALE,

did knowingly possess and attempt to possess machineguns as defined by Title 26, United States Code, Section 5845(b), to wit, Glock switch machinegun conversion devices.

All in violation of Title 18, United States Code, Sections 922(o) and 2.

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1), 922(a)(1)(A), and 922(o), set forth in Counts One through Three, the defendant,

### EDWARD NATHAN GALE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses, including:

  a. a Pioneer Arms Corp. Model Sporter 7.62 Rifle bearing serial number PAC1126598 with a drum magazine that contained ten rounds of Belom 7.62 ammunition

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

5

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
STEVEN H. BRESLOW
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: February 2, 2023 at 3:26 p.m.
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK